Trumbley against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 30 days, to reduce the verdict to $11,000, in which case the judgment, as so modified, is affirmed, without costs to either party. See, also, infra.

TRUMBLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by William A. Trumbley against the New York Central & Hudson River Railroad Company.

PER CURIAM. Motion for reargument granted, and appellant given leave to resettle case, so that it contain all the evidence and proceedings had on the trial, with a certificate to that effect, upon payment of all costs of appeal to date and $10 costs of this motion. See, also, supra.

UNITED ELECTRIC LIGHT CO., Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by the United Electric Light Company against the Board of Education, etc. W. P. Burr, for appellant. H. J. Hemmens, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

USEFOF v. HERZENSTEIN et al. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Bella Usefof against David Herzenstein, impleaded with others. No opinion. Motion for stay denied. Settle order on notice. See, also, 65 Misc. Rep. 45, 119 N. Y. Supp. 290.

USEFOF v. HERZENSTEIN et al. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Bella Usefof against David Herzenstein, impleaded with others. No opinion. Motion to appeal from Appellate Term denied, with $10 costs. Order signed. See, also, 65 Misc. Rep. 45, 119 N. Y. Supp. 290.

VAIL, Respondent, v. R. G. PETERS SALT & LUMBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by Aaron T. Vail against the R. G. Peters Salt & Lumber Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re VALLETTE. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the petition of Thomas Vallette, a taxpayer, for an order revoking and canceling liquor tax certificate No. 10,510, issued to John Luck. No opinion. Order affirmed, with $10 costs and disbursements.

VANDENBOUT, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Nellie Vandenbout, as administratrix, against the Rochester Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 129 App. Div. 844, 114 N. Y. Supp. 760.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that as matter of law plaintiff's intestate was not shown to be free from contributory negligence.

VAN HAAREN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Peter H. Van Haaren against the Long Island Railroad Company. No opinion. Motion for reargument denied, with costs. For former decision, see 120 N. Y. Supp. 157.

VAN VEGHTEN, Respondent, v. WHITEHEAD BROS. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by William C. Van Veghten against the Whitehead Bros. Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

VAN VLIET v. KANTER. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Frederick Van Vliet, as executor, against Frederick Kanter. No opinion. Application granted. Order signed. See, also, 65 Misc. Rep. 48, 119 N. Y. Supp. 187.

VIVIAN et al., Appellants, v. STEERS, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Charles Vivian and Martha Vivian, as copartners, etc., against Henry Steers, Jr. No opinion. Judgment and order affirmed, with costs.

VOGT et al. Respondents, v. HAYMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Charles J. Vogt and others against Edgar M. Hayman and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

VOLGAS, Respondent, v. ROCKLAND LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Kate Volgas, as administratrix, etc., of John Volgas, deceased, against the Rockland Light, Heat & Power Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the wire had not been in its position for a sufficient time to give actual or constructive notice of its pres-